IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RAUL GARCIA-AVILA,<br><br>    Petitioner,<br><br>    v.<br><br>BRAD CAIN, Superintendent, Snake River Correctional Institution,<br><br>    Respondent. | Case No. 2:18-cv-01988-CL<br><br>ORDER |

MCSHANE, Judge:

    Magistrate Judge Mark Clarke filed a Findings and Recommendation (ECF No. 54), and the matter is now before this court on Petitioner's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

    Magistrate Judge Clarke's Findings and Recommendation (ECF No. 54) is adopted. The Petition for Writ of Habeas Corpus (ECF No. 2) is DENIED. Because Petitioner has not made a substantial showing of the denial of a constitutional right, a Certificate of Appealability is also DENIED. See 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

    DATED this 10th day of February, 2022.

1 –ORDER

       /s/ Michael J. McShane
Michael McShane
United States District Judge

2 –ORDER